ROSWELL C. SMITH, Respondent, *v.* JOSHUA P. LIPPINCOTT et al., Appellants.

(Submitted May 19, 1871; decided September term, 1871.)

DECIDED upon the facts in the case.

*Alexander & Green* for the appellants.

*John Slosson* for the respondent.

HUNT, C., reads for affirmance.
All concur, except LEONARD, C., not sitting.
Judgment affirmed, with costs.

---

SEYMOUR T. DAY, Respondent, *v.* RHODA N. MONTEATH, Administrator, etc., Appellant.

(Argued September 19, 1871; decided January term, 1872.)

DECIDED upon the facts in the case.

*George B. Hibbard* for the appellant.

*John Ganson* for the respondent.

LOTT, Ch. C., and LEONARD, C., read for affirmance.
All concur.
Judgment affirmed, with costs.

---

JACOB P. MARSHALL et al., Respondents, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Submitted September 19, 1871; decided January term, 1872.)

*A. P. Laning* for the appellant.

*E. G. Lapham* for the respondents.

HUNT, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.